UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

KONOS, INC.,

    Defendant.

_____/

Case No. 1:20-cv-973

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO INTERVENE, TO JOIN INDIVIDUAL DEFENDANTS, AND TO PROCEED PSEUDONYMOUSLY

Pending before the Court is Movant Jane Doe's motion to intervene, to join individual defendants, and to proceed pseudonymously (ECF No. 7).  No response to the motion has been filed and the time to do so has passed.  Therefore,

**IT IS HEREBY ORDERED** that the motion to intervene, to join individual defendants, and to proceed pseudonymously (ECF No. 7) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that Jane Doe may be named as a party-plaintiff in this matter.  The Clerk of Court shall accept the Intervenor-Plaintiff's proposed document for filing.

Dated:  December 4, 2020

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge