IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et. al.* | CASE NO. 1:20-CV-00973 |
| Plaintiffs, | Hon. Paul L. Maloney<br>Hon. Magistrate Judge Sally J. Berens |
| v. | |
| KONOS, INC.,<br>(D/B/A VANDE BUNTE EGGS), *et. al.* | |
| Defendants. | |

| | |
|---|---|
| Kenneth L. Bird<br>Omar Weaver (P58861)<br>Nedra Campbell (P58768)<br>Equal Employment Opportunity Commission<br>477 Michigan Ave., Rm. 865<br>Detroit, MI 48226<br>(313) 226-3410<br>nedra.campbell@eeoc.gov | Todd R. Knecht (P35362)<br>Knecht Law, PLC<br>Counsel for Defendant<br>P.O. Box 68292<br>Grand Rapids, MI 49516-8292<br>(616) 202-5539<br>trknechtlaw@gmail.com |
| Diana E. Marin (P81514)<br>Gonzalo Peralta (P84529)<br>Anna Hill (P78632)<br>Michigan Immigrant Rights Center<br>15 S. Washington Street, Ypsilanti, Michigan 48197<br>(734) 794-9546<br>dmarin@michiganimmigrant.org<br>Attorneys for Plaintiff-Intervenor | Todd R. Dickinson<br>FISHER & DICKINSON P.C.<br>Counsel for Defendants<br>678 Front Avenue NW, Ste 360<br>Grand Rapids, MI 49504<br>(616) 575-5615<br>trd@fisher-dickinson.com<br><br>Attorneys for Defendants |

## STIPULATED ORDER OF DISMISSAL

Intervening-Plaintiff, Jane Doe, and Defendants, through the undersigned attorneys, request and stipulate that all claims Intervening-Plaintiff brought against Defendants be dismissed with prejudice and without awarding attorney fees or costs to either party. This request is made pursuant to the Court's Settlement Order (ECF No. 108, PageID.208) and subject to the terms of the Court's approved Consent Decree (ECF No. 113, PageID.945).

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice and without costs, interest, or attorney fees as to all parties.

Date:  June 21, 2022

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge

APPROVED FOR ENTRY:

INTERVENING-PLAINTIFF
JANE DOE

/s/ Diana E. Marin
Diana E. Marin (P81514)
Michigan Immigrant Rights Center
15 S. Washington Street
Ypsilanti, Michigan 48197
(734) 794-9546
dmarin@michiganimmigrant.org

KONOS, INC.

/s/ Todd R. Knecht
Todd R. Knecht (35362)
Knecht Law, PLC
Counsel for Defendants
P.O. Box 68292
Grand Rapids, MI 49516-8292
(616) 202-5539
trknechtlaw@gmail.com

/s/Todd R. Dickinson
Todd R. Dickinson
FISHER & DICKINSON P.C.

        Counsel for Defendants
        678 Front Avenue NW, Suite 360
        Grand Rapids, MI 49504
        (616) 575-5615
        trd@fisher-dickinson.com